IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROL A. THEISEN and
JOSEPH M. THEISEN

    Plaintiffs,

v.

BRIAN CARTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-359-bbc

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Brian Carter and this case is dismissed.

Approved as to form this 12th day of August, 2010.

_____
Barbara B. Crabb, District Judge

_____    8/13/10
Peter Oppeneer, Clerk of Court    Date